THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SHER-WIN-WILLIAMS COMPANY, Respondent, *v.* EDWARD P. BAR-KER et al., Commissioners of Taxes and Assessments of the City of New York, Appellants. ·

*People ex rel. Sherwin-Williams Co.* v. *Barker,* 5 App. Div. 246, affirmed.
(Argued June 9, 1896; decided June 19, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made May 1, 1896, which affirmed an order of Special Term reducing an assessment made by the commissioners of taxes of the city of New York against the personal property of the relator for the year 1894.

*David J. Dean* for appellants.

*Anthony B. Porter* for respondent.

Order affirmed on opinion below, with costs.
All concur.